**BERNARD S. GREENFIELD** (SBN 66017)
**STEPHANIE SOUTHWICK SMITH** (SBN 226631)
**EDWARD T. COLBERT** (SBN 266495)
GREENFIELD DRAA & HARRINGTON LLP
55 South Market Street, Suite 1500
San Jose, California 95113
Telephone: (408) 995-5600
Facsimile: (408) 995-0308
Email: bgreenfield@greenfieldlaw.com

Attorneys for Respondents
ANGIE HSIA, AUSTIN WEICHYI SUN
and EDWIN MING-CHEN CHIU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| INTEL CAPITAL (CAYMAN) CORPORATION, INTEL CAPITAL CORPORATION AND DEUTSCHE TELEKOM AG,, <br><br> Petitioner, <br><br> vs. <br><br> ANGIE HSIA, AUSTIN WEICHYI SUN, AND EDWIN MING-CHEN CHIU, <br><br> Respondent. | Case No:  CV 15 1287 ~~JCS~~ VC <br><br> **STIPULATION AND ~~[PROPOSED]~~ ORDER TO SET ASIDE THE DEFAULTS OF RESPONDENTS ANGIE HSIA, AUSTIN WEICHYI SUN AND EDWIN MING-CHEN CHIU** <br><br> AS MODIFIED |

This Stipulation, submitted with the accompanying proposed order, is entered into by and between Petitioners Intel Capital (Cayman) Corporation, Intel Capital Corporation, and Deutsche Telekom AG, on the one hand, and Respondents Angie Hsia, Austin Weichyi Sun and Edwin Ming-Chen Chiu, on the other hand (collectively the "Parties").

Reference is made to the following facts:

    A.    On March 19, 2015 Petitioners filed a Petition to Confirm an Arbitration Award ("Petition") that was issued against Respondents by Christopher Monger, QC, in Case No. HKIAC.13043 before the Hong Kong International Arbitration Center and against Respondents ("Award", Dkt. No. 1).

B.  On April 2, 2015 Petitioners filed Certificates of Service stating that Respondents were served with the Petition on the following dates: (1) Angie Hsia, March 23, 2015 (Dkt. No. 5); Austin Weichyi Sun, March 19, 2015 (Dkt. No. 6); and Edwin Ming-Chen Chiu March 20, 2015 (Dkt. No. 7).

C.  On April 30, 2015 Petitioners filed a Request for Clerk's Entry of Default, as the Respondents did not respond to the Petition in a timely manner (Dkt. No. 15).

D.  On May 5, 2015 the Clerk of this Court entered Respondents' defaults (Dkt. No. 16).

E.  On May 11, 2015, the law firm of Greenfield Draa & Harrington, LLP filed a Notice of Appearance of Counsel on behalf of Respondents Austin Weichyi Sun and Edwin Ming-Chen Chiu (Dkt. No. 17).

F.  On May 12, 2015 Respondents filed a Motion to Set Aside Respondents' Defaults (Dkt. No. 18) together with the supporting declarations of Respondents (Dkt. Nos. 19 – 21).

G.  On May 13, 2015 counsel for Petitioners and Respondents met and conferred and counsel for Petitioners communicated the fact that Petitioners were agreeable to setting aside the Respondents' defaults.  The Parties now wish to litigate the substantive claims at issue such that this case may be resolved on its merits.

NOW, THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1.  **Scope of the Parties' Agreement**.  This stipulation is only meant to memorialize the Parties' agreement that the Respondents' defaults should be set aside and that the Parties be permitted to submit written briefs in opposition to and support of the issues raised in the Petition.

2.  **Setting Aside Respondents' Defaults**.  The Respondents' defaults in this case, entered by the Clerk on May 5, 2015, are to be set aside;

3.  **Response to the Petition**: The Respondents are to be afforded the

1  opportunity to file a written response to the March 19, 2015 Petition;

2      4.    **Briefing Schedule**.  The Parties are to adhere to the following briefing

3  schedule:

4      A.    Respondents' response to the Petition must be electronically filed

5  with the Court and served on Petitioners, in accordance with all applicable rules of Court,

6  no later than 30 days after the order on the instant stipulated agreement is entered by the

7  Court.

8      B.    Petitioners' reply to Respondents' response to the Petition must be

9  electronically filed with the Court and served on Respondents, in accordance with all

10 applicable rules of Court, no later than 30 days after the day on which Respondents file

11 their response to the Petition.

12     5.    **Hearing Date**.  The Parties request that the Court, after receiving

13 Petitioners' reply to the response to the Petition, set this matter for hearing on a date

14 convenient for the Court.

15     IT IS SO STIPULATED AND AGREED:

Dated: May 18, 2015        **GREENFIELD DRAA & HARRINGTON LLP**

                                      By:  /S/ Stephanie Southwick Smith
                                            BERNARD S. GREENFIELD
                                            STEPHANIE SOUTHWICK SMITH
                                            Attorneys for Defendants
                                            ANGIE HSIA, AUSTIN WEICHYI SUN,
                                            and EDWIN MING-CHEN CHIU

Dated: May 18, 2015        **REED SMITH LLP**

                                        By:  /S/  David S. Reidy
                                            DAVID S. REIDY
                                            TYLER M. LAYTON
                                            Attorneys for Petitioners
                                            INTEL CAPITAL (CAYMAN)
                                            CORPORATION, INTEL CAPITAL
                                            CORPORATION and DEUTSCHE
                                            TELEKOM AG

[~~PROPOSED~~]

**ORDER**  AS MODIFIED

GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING STIPULATED TO AND AGREED THE SAME, the Court finds that the above-stated terms of the Parties' stipulated agreement is sanctioned by the Court, and shall be and now is the Order of the Court.

ACCORDINGLY, THE COURT HEREBY ORDERS AS FOLLOWS:

The Respondents' defaults, entered by the Clerk of the Court on May 5, 2015 (Dkt. No. 16), are set aside.  The Parties are to adhere to the briefing schedule set forth at paragraph 4. A. and B., above.  The Court will set this matter for hearing on ~~a date certain following the receipt of Petitioners' reply brief~~.  August 13, 2015, at 10:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  May 19, 2015



IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria